# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WILLIAM MORISSE,
   Plaintiff,

v.              Case No. 15-C-1427

PRESIDENT BARACK OBAMA,
   Defendant.

## DECISION AND ORDER

  Plaintiff William Morisse, proceeding pro se, has filed a complaint in this court against Barack Obama, the President of the United States. He seeks leave to proceed without prepayment of the filing fee, pursuant to 28 U.S.C. § 1915. Having reviewed Morisse's declaration of indigence, I conclude that he cannot afford to prepay the filing fee and will grant his motion to proceed under § 1915.

  District courts may screen complaints filed by all litigants, prisoners and non-prisoners, regardless of fee status. Rowe v. Shake, 196 F.3d 778, 783 (7th Cir. 1999). The district court may screen the complaint prior to service on the defendants, and must dismiss the complaint if it is legally "frivolous or malicious" or fails to state a claim upon which relief may be granted. Id.; 28 U.S.C. § 1915(e)(2)(B).

  Morisse's complaint is sparse. He alleges as follows: "The president made an agreement contract and defaulted on it. Tort claim." Obviously, this does not satisfy Federal Rule of Civil Procedure 8(a), which requires a complaint to contain "a short and plain statement of the claim showing that the pleader is entitled to relief." The complaint does not identify the contract at issue, explain when it was entered into, or identify the

conduct that resulted in the president defaulting. Nor does the complaint identify any facts that would support a tort claim. Thus, the complaint does not state a claim upon which relief may be granted. It will be dismissed for that reason.

I have considered whether to grant the plaintiff leave to amend his complaint and decided that doing so would only invite frivolous litigation. That is because the complaint, along with other documents the plaintiff has filed, reveal that this suit is based on utterly fantastic and delusional allegations. See, e.g., Kadamovas v. Stevens, 706 F.3d 843, 845 (7th Cir. 2013) (court may dismiss suit as frivolous when it is based on fantastic allegations). To begin with, the allegation that the plaintiff has entered into a contract with the President of the United States is itself incredible. However, there is more. In his demand for relief, the plaintiff requests that he be given a "new body" and also that he be taken to Arizona "to build Candelstick Park and Star City." In other documents, the plaintiff claims that he is "the one that found the thousand trillion gazillion that was turned into the President of the United States." ECF No. 4 at 6. He also claims that he has had sex with an invisible woman who gave birth to 10,000 children. Id. at 7. Other delusional allegations can be found in these documents, including plaintiff's claim that a hole has been drilled in his brain and a reader has been implanted in it. Id. at 15. In light of these allegations, it is clear that granting the plaintiff leave to amend will not result in the filing of a valid complaint. Accordingly, this suit will be dismissed in its entirety.

For the reasons stated, **IT IS ORDERED** that plaintiff's motion to proceed without prepaying the filing fee is **GRANTED.**

**IT IS FURTHER ORDERED** that the complaint and this action are **DISMISSED**.

The Clerk of Court shall enter final judgment.

Dated at Milwaukee, Wisconsin this 9th day of December, 2015.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge